UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2098 RGK(SSx) | | Date | September 27, 2011 |
|---|---|---|---|---|
| Title | JOSE GALEANA and IRIS GALEANA v. ISELA VALENZUELA, et. al. | | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)** Order to Show Cause re: Setting Aside Default and Order Continuing Hearing on Motion for Default Judgment

On January 20, 2011, and May 16, 2011, the Clerk entered Default against all corporate defendants and Isela Valenzuela, aka Isela Mendez, aka Isela V. Mendez, respectively. (DE 17 and DE 37.) Now before the Court is a Motion for Default Judgment (DE 37). Upon review of the record, it appears that Proof of Service may be deficient as to at least one corporate defendant.

Plaintiff is hereby ordered to show cause in writing why default should not be set aside. An adequate response must show proof that Isela Valenzuela, aka Isela Mendez, aka Isela V. Mendez, is the appropriate agent for service for each defendant against which Plaintiff seeks default and default judgment. Plaintiff shall file a response within **ten days** from the date this order is entered.

In light of this order, hearing on Plaintiff's Motion for Default Judgment (DE 37) is hereby continued to **October 17, 2011**.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   slw